

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00146-CR

———————————————————

SHERROD GOODSPEED, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 371st District Court
Tarrant County, Texas
Trial Court No. 1651751D

---

Before Womack, Wallach, and Walker
Memorandum Opinion by Justice Womack

**MEMORANDUM OPINION**

Appellant Sherrod Goodspeed attempts to appeal his conviction for aggravated assault with a deadly weapon. Because Goodspeed pleaded guilty under a plea-bargain agreement, which the trial court followed, and because the trial court certified Goodspeed had no right to appeal, we dismiss.

Under a plea-bargain agreement with the State, Goodspeed pleaded guilty to aggravated assault with a deadly weapon. *See* Tex. Penal Code Ann. § 22.02(a)(2). The trial court found Goodspeed guilty of the offense and, following the terms of the plea agreement, sentenced him to two years' confinement. Goodspeed filed a notice of appeal, and the trial court certified that he had pleaded guilty under a plea-bargain agreement with no right to appeal. *See* Tex. Code Crim. Proc. Ann. art. 44.02; Tex. R. App. P. 25.2(a)(2). We notified Goodspeed of the certification and warned that we would dismiss the appeal unless we received a response showing grounds to continue it. *See* Tex. R. App. P. 25.2(d), 44.3. We received no response.

The right to appeal a conviction arising from a plea-bargain agreement is limited to matters that were raised by written motion filed and ruled upon before trial or to cases in which the appellant obtained the trial court's permission to appeal. *See* Tex. Code Crim. Proc. Ann. art. 44.02; Tex. R. App. P. 25.2(a)(2). The trial court's certification in this case does not show that Goodspeed was granted permission to appeal, nor does the record indicate that Goodspeed intends to challenge a ruling on a written motion filed and ruled on before he pleaded guilty. Thus, we

dismiss Goodspeed's appeal in accordance with the trial court's certification. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Dana Womack

Dana Womack
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: December 16, 2021